IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-63-D

CRYSTAL GAIL MANGUM, )
)
               Plaintiff, )
)
v. ) **ORDER**
)
KODY H. KINSLEY, )
and NORTH CAROLINA )
DEPARTMENT OF HEALTH )
AND HUMAN SERVICES, )
)
               Defendants. )

For the reasons stated in the court's May 17, 2022 order in Mangum v. Oxygen Media, LLC, the court DENIES plaintiff's motion to disqualify [D.E. 14]. See Order, at 8–11, Mangum v. Oxygen Media, LLC, No. 5:21-CV-337-D (E.D.N.C. May 17, 2022), [D.E. 30].

The court notes with disapproval that Sidney B. Harr ("Harr") filed the motion to disqualify on Mangum's behalf. See [D.E. 14] ¶ 66 ("HARR, for MANGUM, manually filed with THIS NCED COURT This Motion for Disqualification . . . ."). Harr is not a member of the bar of this court, and it is improper for Harr to provide unauthorized legal services to Mangum. See Order, at 3–7, Oxygen Media, LLC, No. 5:21-CV-337-D.

In sum, the court DENIES plaintiff's motion to disqualify [D.E. 14].

SO ORDERED. This 18 day of May, 2022.

                                                  JAMES C. DEVER III
                                                  United States District Judge