IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-63-KS

| | |
|---|---|
| CRYSTAL GAIN MANGUM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| KODY H. KINSLEY, DHHS Secretary | ) |
| and NORTH CAROLINA DEPARTMENT | ) |
| OF HEALTH AND HUMAN SERVICES, | ) |
| | ) |
| Defendants. | ) |

On November 7, 2022, the parties filed a Stipulation of Dismissal, pursuant to Fed. R. Civ. 41(a)(1)(A)(ii), dismissing this action without prejudice. (Stip. Dismissal [DE #35].) Accordingly, Plaintiff's Motion for Expedited Hearing [DE #30] and Plaintiff's Motion to Dismiss the Action [DE #33] are hereby DISMISSED as moot. The clerk is directed to close the case.

This 8th day of November 2022.

_____
KIMBERLY A. SWANK
United States Magistrate Judge